**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

BONNIE KENNEDY                                                                                            PLAINTIFF

vs.                                                                                                NO:  3:10CV245TSL-FKB

PILOT TRAVEL CENTERS, LLC;
JOHN AND JANE DOES 1-10                                                                        DEFENDANTS

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Pilot Travel Centers, LLC ("Pilot") files this Corporate Disclosure Statement and respectfully shows the Court as follows:

Pilot certifies that it is a privately-owned limited liability company and no publicly-held corporation owns ten percent (10%) or more of it.

DATED this the 30th day of April, 2010.

                                        Respectfully submitted,

                                        PILOT TRAVEL CENTERS, LLC

                                 By: /s/:  Chad R. Hutchinson
                                        Chad R. Hutchinson (MB No. 100432)
                                        Ashley H. Nader (MB No. 103254)

                                        ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 6010
Ridgeland, Mississippi 39158
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(T): (601) 948-5711
(F): (601) 985-4500
chad.hutchinson@butlersnow.com
ashley.nader@butlersnow.com

## CERTIFICATE OF SERVICE

I, Chad R. Hutchinson, one of the attorneys for Pilot Travel Centers, LLC, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by mailing same by United States Mail with postage fully prepaid, to the following and electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

    Darryl M. Gibbs
    Jeffrey D. Knight
    CHHABRA & GIBBS, P.A.
    120 North Congress Street, Suite 200
    Jackson, Mississippi 39201
    (T) (601) 948-8005
    (F) (601) 948-8010
    dgibbs@cglawms.com
    jknight@cglawms.com

    ATTORNEYS FOR PLAINTIFF

    SO CERTIFIED this the 30th day of April, 2010.

    /s/:  Chad R. Hutchinson
    Chad R. Hutchinson

Jackson 5108852v1