**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

BONNIE KENNEDY                                                                                          PLAINTIFF

vs.                                                                                       NO:  3:10CV245TSL-FKB

PILOT TRAVEL CENTERS, LLC;
JOHN AND JANE DOES 1-10                                                                         DEFENDANTS

**NOTICE OF SERVICE OF PRE-DISCOVERY
<u>DISCLOSURE OF CORE INFORMATION</u>**

NOTICE IS HEREBY GIVEN that Pilot Travel Centers, LLC ("Pilot"), by and through its undersigned counsel, has served the following on Plaintiff:

(1)    Pre-Discovery Disclosure of Core Information

The undersigned has retained copies of the original documents.

                         Respectfully submitted,

                         PILOT TRAVEL CENTERS, LLC

                By: <u>/s/:  Chad R. Hutchinson</u>
                    Chad R. Hutchinson (MB No. 100432)
                    Ashley H. Nader (MB No. 103254)

                         ITS ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 6010
Ridgeland, Mississippi 39158
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(T): (601) 948-5711
(F): (601) 985-4500
<u>chad.hutchinson@butlersnow.com</u>
<u>ashley.nader@butlersnow.com</u>

## **CERTIFICATE OF SERVICE**

I, Chad R. Hutchinson, one of the attorneys for Pilot Travel Centers, LLC, do hereby certify that I have this day served a true and correct copy of the above and foregoing document by mailing same by United States Mail with postage fully prepaid, to the following and electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

Darryl M. Gibbs
Jeffrey D. Knight
CHHABRA & GIBBS, P.A.
120 North Congress Street, Suite 200
Jackson, Mississippi 39201
(T) (601) 948-8005
(F) (601) 948-8010
dgibbs@cglawms.com
jknight@cglawms.com

ATTORNEYS FOR PLAINTIFF

SO CERTIFIED this the 8th day of July, 2010.

/s/:  Chad R. Hutchinson
Chad R. Hutchinson

Jackson 5344418v1